**Eugene McCARTY, Libellant-Appellee, v. UNITED STATES of America, Respondent-Appellant, Guardino & Sons, Inc., Respondent-Impleaded-Appellee.**

No. 245, Docket 22330.

United States Court of Appeals
Second Circuit.

Argued May 14, 1952.

Decided May 14, 1952.

Frank J. Parker, U. S. Atty. for Eastern District of New York, Brooklyn, N. Y., Dorsey, Burke & Keber, New York City (James F. Hart, New York City, of counsel), for respondent-appellant.

John P. Smith, Brooklyn, N. Y. (Leo F. Hanan, New York City, of counsel), for respondent-impleaded-appellee.

Before AUGUSTUS N. HAND, CLARK and FRANK, Circuit Judges.

PER CURIAM.

Decree, D.C., 88 F.Supp. 251, affirmed in open court.

**Henry Frank REDWINE, Jr., v. UNITED STATES of America.**

No. 4442.

United States Court of Appeals
Tenth Circuit.

Feb. 20, 1952.

Harold R. Shoemake, Muskogee, Okl., for appellant.

Edwin Langley, U. S. Atty., and Paul Gotcher, Asst. U. S. Atty., Muskogee, Okl., for appellee.

Before PHILLIPS, Chief· Judge, and RICE, District Judge.

PER CURIAM.

Docketed and dismissed February 20, 1952, on motion of appellee on ground that notice of appeal was not filed within time.